# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2020

161121(81)(83)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IVY ALICE WIMMER, f/k/a IVY ALICE
MONTANO,
      Plaintiff-Appellee,

v

MARIO ALLAN MONTANO,
      Defendant-Appellant.

SC: 161121
COA: 351762
Oakland CC: 2012-802216-DO

_____/

      On order of the Court, the motion for reconsideration of this Court's May 26, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion for miscellaneous relief is DENIED.



a0623

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2020



Clerk